IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TEXAS, ET AL., Original Plaintiffs;**

**STEPHEN P. WALLACE, Private Attorney General,
And All US Taxpayers adversely affected,
Additional Plaintiffs,**

vs.

**UNITED STATES OF AMERICA, ET AL.,
Original Defendants;**

**JOHN S. MCCAIN, Individually;
Additional Defendant.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 1 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**CASE #: 4:18-cv-00167-O
Jury Trial Demanded**

## ADDITIONAL PLAINTIFF'S MOTION TO INTERVENE AS "NECESSARY REAL PARTIES-IN-INTEREST" FOR COMPENSATORY DAMAGES UNDER A BIVENS ACTION

Come now Additional Plaintiff's whom collectively seek the Court's ORDER to GRANT said Additional Plaintiff's MOTION TO INTERVENE as "Necessary Parties-in-Interest".

### ADDITIONAL PARTIES

1 That Additional Plaintiff's consist of a Private Attorney General and All US Taxpayers that are adversely affected by Additional Defendant's alleged "malfeasance/misfeasance".
2 That Additional Defendant is the prominent Person in this CASE adversely affecting All the Plaintiffs of RECORD financially.

### JURISDICTION & VENUE

3 That this Court has assumed Jurisdiction & Venue for the Original Plaintiff's CLAIMS.

## FACTS-IN-SUPPORT

4 That Additional Plaintiff's asserted their CLAIM'S [1st] in the [**Eastern District of Virginia**] USDC in (***CASE #:2:17-cv-00411-AWA-LRL***) on August 14th, 2017, and was *Dismissed Without Prejudice* on February 21st, 2018. (see enclosures)

5 That Additional Defendant is "The Necessary Party" in the instant Action in Chronology of the alleged "Complicit PRP'S" [Potentially Responsible Party], for the "prolonged Infliction of Financial & Emotional Duress" upon ALL Plaintiff's herein of RECORD, whom are collectively compelled to "*Exhaust All Remedy*" to permanently "*Dispose of ObamaCare*".

6 That "BUT FOR NOT Adding Defendant McCain" in this CASE, Original Plaintiff's would have "inadvertently omitted" the Necessary Real Party-in-Interest DEFENDANT.

Wherefore, all premises considered as true, Additional Plaintiff's pray the Court GRANT their "MOTION TO INTERVENE" and SET a DISCOVERY SCHEDULE for Additional Plaintiff's to assert their Forensic Evidence-in-Support of the Emotional & Financial Duress, including Civil Rights Abuse Claims allegedly perpetrated by Additional Defendant McCain, sua sponte.

Respectfully submitted,

*Stephen P. Wallace*

Stephen P. Wallace, Private Attorney General
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(331) 575-2341

## AFFIDAVIT

I swear/affirm the foregoing is true and correct under penalty of perjury.

*Stephen P. Wallace*

State of __IL__
County of __Kane__

Stephen P. Wallace signed this Affidavit before me this 28 day, February, 2018.

*Lauri J. Johnson*
Notary Public

Official Seal
Lauri J Johnson
Notary Public State of Illinois
My Commission Expires 03/16/2020

## CERTIFICATE of SERVICE

I certify that I forwarded a Verified Copy to Texas Attorney General Paxton for his circulation to All Attorney General's.

*Stephen P. Wallace*

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia – (Norfolk)

Robert A. Heghmann,
   Original Plaintiff,

Stephen P. Wallace, Private Attorney General,
And All US Taxpayers adversely affected,
   Additional Plaintiffs,

vs.

The Republican National Committee, et al.,
   Original Defendants,

John S. McCain, individually,
   Additional Defendant.

Case #: 2:17-cv-00411-AWA-LRL
JURY TRIAL DEMANDED

## MOTION TO INTERVENE TO ADD AN ADDITIONAL REAL PARTY-IN-INTEREST, UNDER A BIVENS ACTION

**Come now Additional Plaintiffs,** whom seek US Judge Allen's ORDER, Granting Additional Plaintiffs 'Motion To Intervene', as a CLASS of US Taxpayers whom have had their civil rights violated by John S. McCain ["McCain"], by his individual VENDETTA against President Trump, irreparably harming Additional Plaintiff US Taxpayers "***ad infinitum***".

### PARTIES

1 That Additional PLAINTIFFS are a Nationwide CLASS of US Taxpayers adversely affected.

2 That Additional DEFENDANT is a prominent Person adversely affecting said CLASS.

### JURISDICTION

3 That this Court has assumed Original Jurisdiction for the ***Original RICO CLAIMS*** and those ***Additional CLAIMS*** filed herein.

## FACTS-IN-SUPPORT

4 That on **July 27th, 2017**, US Senators, *Lindsey Graham, Ronald Johnson and John McCain* called a Special News Conference @ the CAPITOL, formally giving NOTICE to US Taxpayers, that they intend to **VOTE "YEAH"** on the so-called "*Skinny ObamaCare REPEAL*", but only if the US House Speaker & his GOP CAUCUS promised "**Not to send it to President Trump**" for Signature without giving the entire US Senate an *"Opportunity to Debate the [BILL]"*.

5 That said PROMISE was agreed to by US House Speaker and his GOP Caucus, which was then brought to the SENATE FLOOR for a Full Debate with ALL US Senators that evening, with the FINAL VOTE coming after midnight, where ALL GOP Senators, except Murkowski & Collins already *NO VOTES*, where to have **US Vice President Pence break the [50/50] TIE VOTE**.

6 That @ [1:45am] on **July 28th, 2017**, John McCain entered the CHAMBER after All Senators had voted, only to traverse to the "other side of the aisle to Caucus with the Democrats", aka **Overt Collusion**, then taking his self-perceived "*Julius Caesar Stance, with a Thumbs Down*", to forever Terminate the timely Negotiations to "reduce the ObamaCare $$" earmarked, in favor of the resulting *US INCOME TAX OVERHAUL* pending NEXT in the US Congress AGENDA.

## COUNTS

I. BREACH/DERILICTION OF DUTY & OATH OF OFFICE;
II. BREACH OF CONTRACT;
III. INFLICTION OF FINANCIAL & EMOTIONAL DURESS;
IV. TORTIOUS INTERFERENCE WITH US TAXPAYERS US CONSTITUTIONAL CIVIL RIGHTS TO LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS
*[ADDITIONAL RELATED DOCUMENT EXHIBITS ENCLOSED] *

## AFFIDAVIT

I swear/affirm the foregoing is correct under penalty of perjury.

*[signature]*
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(331) 575-2341

State of _Illinois_
County of _KANE_
Stephen P. Wallace appeared before me this _11_ day of August, 2017, signing the Affidavit.

*[signature]*
Notary Public

JUDITH JARVIS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 09 2020

# Private attorney general

From Wikipedia, the free encyclopedia

Private attorney general is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large. 

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action ... he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[citation needed]

 Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[citation needed] To date, there are over 60 federal statutes[citation needed] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees. 

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode/42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

**Stephen P. Wallace**
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].

✓ Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice". Thank you.

Sincerely,

*Stephen Wallace*



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,


Office of the Inspector General
Investigations Division

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
### CIVIL DOCKET FOR CASE #: 2:17-cv-00411-AWA-LRL

| | |
|---|---|
| Heghmann v. The Republican National Committee et al<br>Assigned to: District Judge Arenda L. Wright Allen<br>Referred to: Magistrate Judge Lawrence R. Leonard<br>Cause: 18:1961 Racketeering (RICO) Act | Date Filed: 08/03/2017<br>Date Terminated: 02/21/2018<br>Jury Demand: Plaintiff<br>Nature of Suit: 470 Racketeer/Corrupt Organization<br>Jurisdiction: Federal Question |

**Plaintiff**

**Robert A. Heghmann**     represented by **Robert A. Heghmann**
933 Wyden Drive
Virginia Beach, VA 23462
603-866-3089
Email: Bob_Heghmann@Reagan.com
PRO SE

**Defendant**

**The Republican National Committee**     represented by **Brian David Schmalzbach**
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-4746
Fax: (804) 698-2304
Email: bschmalzbach@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Todd Roger Steggerda**
McGuireWoods LLP (DC-NA)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
**NA**
(202) 857-1700
Fax: (202) 828-2968
Email: tsteggerda@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morton Blackwell**
*Committeeman, Republican National Committee,*     represented by **Brian David Schmalzbach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Roger Steggerda**
(See above for address)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT A. HEGHMANN,

    Plaintiff,

v.

                                                      Action No. 2:17 cv411

THE REPUBLICAN
NATIONAL COMMITTEE, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, ECF No. 15, is GRANTED, and Mr. Wallace's First, Second, Third, and Fourth Motions to Intervene, ECF Nos. 4, 18, 19, and 20, are DISMISSED as moot.

DATED:    2/21/2018                      FERNANDO GALINDO, Clerk

                                                          By          /s/
                                                          E. Price, Deputy Clerk



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VIRGINIA 23510

OFFICIAL BUSINESS

Hasler
02/21/2018
US POSTAGE $01.63
ZIP 23510
011D11648191

Rec'd 1-26-18

Stephen P. Wallace, Private Attorney General
1116 Sheffer Road Apt. F
Aurora, Illinois 60505



STATE DEPARTMENT · 19 hours ago

# McCain associate takes Fifth on Trump dossier questions



By Catherine Herridge, Pamela K. Browne, Cyd Upson | Fox News



David Kramer greets Sen. Tim Kaine at the Halifax International Security Forum in November 2016. (Halifax International Security Forum)

A former State Department official and associate of Sen. John McCain has invoked his Fifth Amendment right not to testify in connection with questions from the House Intelligence Committee about the anti-Trump dossier's Russian sources, according to a law enforcement source.

David J. Kramer, who is a central player in how the unverified Trump dossier made its way to the FBI in late 2016, testified before the committee in December in a closed-door session, indicating he had information about the dossier's sources. A subpoena was issued for mid-January, as first reported by The Washington Examiner.

The law enforcement source confirmed, however, that Kramer did not appear and has exercised his Fifth Amendment rights.

Yet Kramer gave a videotaped deposition last December in separate civil litigation against BuzzFeed about the dossier and his contact with the former British spy who compiled it, Christopher Steele. Steele was hired by opposition research firm Fusion GPS to write and research the dossier, with funding from the Democratic National Committee and Clinton campaign.

According to British court records obtained by Fox News as part of its ongoing investigation of the Trump dossier, Kramer was personally briefed in late November 2016 by Steele in Surrey, England. After that briefing, Steele told the British court that an arrangement was made so that Fusion GPS -- co-founded by Glenn Simpson -- would provide hard copies of the dossier to McCain via Kramer. Shortly afterward, the dossier was given to the FBI, which already had its own copy from Steele.





Kramer greets Sen. John McCain at the Halifax International Security Forum   (Halifax International Security Forum)

Steele has refused to testify before Congress. Senate Judiciary Committee Chairman Chuck Grassley, R-Iowa, and Sen. Lindsey Graham, R-S.C., have sent a criminal referral to the Justice Department asking them to investigate whether Steele lied about the dossier's distribution and his media contact.

Fox News has repeatedly reached out to Kramer, and this week posed four questions to Kramer's Florida attorney Marcos Jimenez, who is handling one of the defamation suits filed by Russian technology oligarchs against BuzzFeed for publishing the unverified dossier in January 2017. Fox News asked why Kramer took the Fifth; why he's no longer cooperating with the committee; why



July 7, 2015
Stephen Wallace
1116 Sheffer rd
Aurora, IL 60505

Dear Stephen,

Thank you for your recent letter. I truly appreciate your support and encouragement. It is because of Americans like you that I want to become President of the United States.

America needs reform, and a President with the ability to bring about real, positive, economic change. My experience as a business executive, employing thousands, maintaining balanced budgets, and winning at negotiations all over the world makes me the most qualified candidate to restore American greatness. America can be saved; with your support I am confident we will reenergize the spirit of the American people. I am relying on your dedication to spread the values, ideals, and principles of my Presidential campaign.

Stephen, I am honored to call you a valuable member of Team Trump. With your support we can Make America Great Again!

Sincerely,

Donald J. Trump

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(331) 250-2984
<IndependentJustice@outlook.com>

*Georgetown University*,  Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

*Thunderbird Global*, Glendale, AZ.-**1974**; Masters of International Management & Finance.

*Southern Methodist University*, Dallas, TX.-**1973**; *Masters of Business Administration/Finance*.

*Loyola University*, Chicago, IL.-**1971**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

========================================================================

**INDEPENDENT U.S. SENATE Candidate** (OK); **2008 & 2010**; vs. James Inhofe & Tom Coburn.

*Independent Justice Institute, LLC*, Washington DC-**1997 to Present;** Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean] ; then as a for-profit Litigation Management Company (LMO), for *Global Collection Services*.

*River Oaks Development Corporation*, Tulsa, OK. -**1990 to 2000;** Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

*Burnham Park Plaza ReHab*, Chicago-**1985;** Procured over *$15 million Re-Development* Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

*Wallace Investments*, Tulsa, OK. -**1984 to 2000**; Realty/Oil & Gas Development of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

*World Trade Services, Inc.,* Tulsa & Houston.-**1976 to 1979**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured *Caterpillar International* as main Client.

*Parker Drilling Company*, Tulsa & Houston. - **1974 to 1976**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.