**CAUSE NO. 4:18-CV-00167-O**

| | |
|---|---|
| TEXAS, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>UNITED STATES OF AMERICA, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§   IN THE US DISTRICT COURT, NORTHERN<br>§                              DISTRICT OF TEXAS<br>§<br>§<br>§<br>§<br>§ |

**SUMMONS IN A CIVIL MATTER**
**RETURN OF SERVICE**

THIS SUMMONS FOR UNITED STATES OF AMERICA C/O UNITED STATES ATTORNEY'S OFFICE, NORTHERN DISTRICT C/O ERIN NEALY COX WAS RECEIVED BY ME ON MARCH 06, 2018 AT 2:17 PM.

I SERVED THE SUMMONS BY DELIVERING TO SARAH DETTER, LEGAL ASSISTANT ON MARCH 07, 2018 AT 12:25 PM AT 1100 COMMERCE, 3RD FLOOR, DALLAS, DALLAS, DALLAS COUNTY, TX, 75242.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.


/S/ GUY CONNELLY


GUY CONNELLY
PROCESS SERVER



4:18-cv-000167-O
DocID: P252098_1