**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| TEXAS, WISCONSIN, ALABAMA, ARKANSAS, ARIZONA, FLORIDA, GEORGIA, INDIANA, KANSAS, LOUISIANA, PAUL LePAGE, Governor of Maine, MISSISSIPPI, by and through Governor Phil Bryant, MISSOURI, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, UTAH, and WEST VIRGINIA,<br><br>                                        Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX AZAR, in his Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, UNITED STATES INTERNAL REVENUE SERVICE, and DAVID J. KAUTTER, in his Official Capacity as Acting COMMISSIONER OF INTERNAL REVENUE,<br><br>                                        Defendants.<br><br>CALIFORNIA, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAII, ILLINOIS, KENTUCKY, MASSACHUSETTS, MINNESOTA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, VIRGINIA, AND WASHINGTON,<br><br>                                        [Proposed] Intervenors-Defendants. | Civil Action No. 4:18-cv-00167-O |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Before the Court is the Motion to Intervene of the Intervenors-Defendants California,

Connecticut, District of Columbia, Delaware, Hawaii, Illinois, Kentucky, Massachusetts,

Minnesota, New Jersey, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, and Washington ("Movants").  The motion is meritorious and should be GRANTED.

It is therefore ORDERED that the Movants' Motion to Intervene as defendants is GRANTED.

It is further ORDERED that Movants shall be granted leave to intervene under Federal Rule of Civil Procedure 24.

It is further ORDERED that Movants shall be permitted to file, within _____ days of the date this Order, their answer in intervention.

SIGNED on this ____ day of _____, 2018.

_____
HONORABLE JUDGE REED O'CONNOR
UNITED STATES DISTRICT JUDGE

*Certificate of Service*

On April 9, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

<u>*s/Michelle Schoenhardt*</u>
Michelle Schoenhardt