IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TEXAS, et al.,** | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | Civil Action No. 4:18-cv-00167-O |
| **UNITED STATES OF AMERICA, et al.,** | § § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Motion for Extension of Time to Respond to the Motion to Intervene by California, et al. (ECF No. 43), filed April 27, 2018. Plaintiffs' response is due today, April 30, 2018. The Court determines that a response from Defendants' is unnecessary to resolve the motion to intervene by California, et al. The Court also notes that Defendants do not object to the Court ruling on the motion to intervene without a response from Defendants. *See* Mot. ¶ 5, ECF No. 43. Therefore, the Court finds that the motion (ECF No. 43) should be **DENIED as moot.**.

**SO ORDERED** on this **30th day** of **April, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**