IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> CALIFORNIA, *et al.*, <br><br> Intervenors-Defendants. | Civil Action No. 4:18-cv-00167-O |

## NOTICE OF APPEARANCE

Daniel D. Mauler, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel in this matter for Federal Defendants United States of America; U.S. Department of Health and Human Services; Alex Azar, Secretary of Health and Human Services; U.S. Internal Revenue Service; and David J. Kautter, Commissioner of Internal Revenue.  Future correspondence and other communications regarding this case should be directed to Mr. Mauler at the following addresses:


FOR U.S. MAIL    Daniel D. Mauler
                          U.S. Department of Justice
                          Civil Division, Federal Programs Branch
                          950 Pennsylvania Ave., NW
                          Washington, DC 20530

| | |
|---|---|
| FOR COURIER AND HAND DELIVERIES | Daniel D. Mauler U.S. Department of Justice Civil Division, Federal Programs Branch 20 Massachusetts Ave., NW Washington, DC 20530 |

Mr. Mauler may be reached by phone at (202) 616-0773 or by electronic mail at dan.mauler@usdoj.gov.  Faxes for Mr. Mauler should be sent to (202) 616-8470.

Dated:  June 7, 2018                                     Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

BRENNA E. JENNY
Counsel to the Assistant Attorney General

 /s/ *Daniel D. Mauler*
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
(202) 616-0773
(202) 616-8470 (fax)
dan.mauler@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on June 7, 2018, I filed the foregoing document with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

       /s/ *Daniel D. Mauler*
      DANIEL D. MAULER
      Virginia State Bar No. 73190
      Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave. NW
      Washington, DC  20530
      (202) 616-0773
      (202) 616-8470 (fax)
      dan.mauler@usdoj.gov

      *Counsel for Federal Defendants*