# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>          Defendants,<br><br>     and<br><br>CALIFORNIA, *et al.*,<br><br>          Intervenor-Defendants. | Civil Action No. 4:18-cv-00167-O |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.12(a), Joel McElvain, Eric Beckenhauer, and Rebecca Kopplin of the U.S. Department of Justice, Civil Division, Federal Programs Branch, respectfully move to withdraw their appearances on behalf of the Federal Defendants in this case. The Federal Defendants will continue to be represented by other counsel of record from the U.S. Department of Justice who have already noticed appearances in this case. Plaintiffs and the Intervenor-Defendants have no objection to this motion.

Dated:  June 7, 2018                                           Respectfully submitted,

                                                                               /s/ *Joel McElvain*
                                                                              JOEL McELVAIN
                                                                              Assistant Branch Director

                                                                               /s/ *Eric Beckenhauer*
                                                                              ERIC B. BECKENHAUER
                                                                              Senior Counsel

                                                                               /s/ *Rebecca Kopplin*
                                                                              REBECCA KOPPLIN
                                                                              Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
(202) 514-2988
(202) 616-8202 (fax)
joel.mcelvain@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

    I certify that on June 7, 2018, I filed the foregoing document with the Clerk of Court via the CM/ECF system, causing it to be served electronically on counsel of record for all parties.

                                          /s/ *Joel McElvain*
                                          JOEL McELVAIN

## CERTIFICATE OF CONFERENCE

    I certify that on June 7, 2018, counsel for the Federal Defendants conferred with Darren McCarty, counsel for Plaintiffs, and Nimrod Elias, counsel for the Intervenor-Defendants, who indicated that their clients have no opposition to this motion.

                                          /s/ *Joel McElvain*
                                          JOEL McELVAIN