**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TEXAS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA, et al.,** | § | Civil Action No. 4:18-cv-00167-O |
| | § | |
| **Defendants,** | § | |
| | § | |
| **CALIFORNIA, et al.,** | § | |
| | § | |
| **Intervenor-Defendants.** | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Plaintiffs' Application for Preliminary Injunction (ECF No. 39), filed April 26, 2018. In response, the Federal Defendants oppose injunctive relief because "immediate relief is not warranted at this time," and urge the Court to "consider construing Plaintiffs' motion as a request for summary judgment . . . ." Fed. Defs.' Br. Resp. Pls.' App. Prelim. Inj. 20, ECF No. 92.

The Court **ORDERS** all parties to file any additional information they wish to present in opposition to considering these issues on summary judgment. Any additional information any party wishes to present should be filed **on or before July 30, 2018**. *See* FED. R. CIV. P. 56(f)(3).

**SO ORDERED** on this **16th day** of **July, 2018.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**