IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | Civil Action No. 4:18-cv-00167-O |
| | § | |
| Defendants, | § | |
| | § | |
| CALIFORNIA, et al., | § | |
| | § | |
| Intervenor-Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' Application for Preliminary Injunction (ECF No. 39), filed April 26, 2018. The Court sets this matter for oral hearing on **Monday, September 10, 2018, at 9:30 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **14th day** of **August, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE