**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| TEXAS, WISCONSIN, ALABAMA, ARKANSAS, ARIZONA, FLORIDA, GEORGIA, INDIANA, KANSAS, LOUISIANA, PAUL LePAGE, Governor of Maine, Governor Phil Bryant of the State of MISSISSIPPI, MISSOURI, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, UTAH, WEST VIRGINIA, NEILL HURLEY, and JOHN NANTZ,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX AZAR, in his Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, UNITED STATES INTERNAL REVENUE SERVICE, and DAVID J. KAUTTER, in his Official Capacity as Acting COMMISSIONER OF INTERNAL REVENUE,<br><br>                                    Defendants. | Civil Action No.  4:18-cv-00167-O |
| CALIFORNIA, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAII, ILLINOIS, KENTUCKY, MASSACHUSETTS, MINNESOTA by and through its Department of Commerce, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, VIRGINIA, AND WASHINGTON,<br><br>                                    Intervenor-Defendants. | |

**UNOPPOSED MOTION TO RESCHEDULE HEARING ON PLAINTIFFS'
APPLICATION FOR A PRELIMINARY INJUNCTION**

On August 14, 2018, the Court scheduled the oral hearing on Plaintiffs' Application for a Preliminary Injunction for Monday, September 10, 2018 at 9:30 a.m.  ECF No. 184.  Counsel for the Intervenor-Defendants respectfully submit this unopposed motion to reschedule the hearing for, at the Court's convenience, either September 13, 2018 or September 14, 2018, to avoid holding the hearing on the Jewish holiday of Rosh Hashanah, which this year falls on September 10-11, 2018.  Co-lead counsel for the State of California, Nimrod P. Elias, is an observant Jew who cannot attend the hearing if it occurs on this Jewish holiday due to restrictions on working, traveling, and using electronics during this holiday (which would also preclude travelling to Texas on September 11th, at least until after nightfall).  As explained in the certificate of conference below, neither the Plaintiffs nor the federal Defendants object to rescheduling the hearing for either September 13, 2018 or September 14 2018; however, the Plaintiff States have indicated a preference for September 13, 2018.  The Intervenor-Defendants would greatly appreciate the Court's accommodation to avoid the aforementioned conflict.

## Certificate of Conference

I hereby certify that on August 15, 2018, I conferred with Austin R. Nimocks, counsel for the Plaintiff States, concerning the hearing date on Plaintiffs' Application for a Preliminary Injunction.  During that conference, Mr. Nimocks indicated that the Plaintiff States did not object to moving the hearing date to either September 13, 2018 or September 14, 2018 (although they expressed a preference for the hearing to be set on September 13, 2018).  On August 15 and 16, 2018, I also conferred with Daniel D. Mauler, counsel for the federal Defendants, concerning the hearing date on Plaintiffs' Application for a Preliminary Injunction.  In an August 16, 2018 email, Mr. Mauler stated that "[a]fter some re-arranging of schedules, [federal Defendants] can be available for a hearing on either September 13th or 14th."

Dated:  August 16, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

/S/ NELI N. PALMA

NELI N. PALMA
NIMROD P. ELIAS
Deputy Attorneys General
California State Bar No. 251634
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3444
Fax: (415) 703-5480
E-mail: Nimrod.Elias@doj.ca.gov
*Attorneys for Intervenor-Defendants*

GEORGE JEPSEN
Attorney General of Connecticut
JOSEPH RUBIN
Associate Attorney General
*Attorneys for Intervenor-Defendant the State of
Connecticut*

MATTHEW P. DENN
Attorney General of Delaware
ILONA KIRSHON
Deputy State Solicitor
DAVID J. LYONS
Deputy Attorney General
*Attorneys for Intervenor-Defendant the
State of Delaware*

RUSSELL A. SUZUKI
Attorney General of Hawaii
HEIDI M. RIAN
Deputy Attorney General
ROBERT T. NAKATSUJI
Deputy Solicitor General
*Attorneys for Intervenor-Defendant the
State of Hawaii*

LISA MADIGAN
Attorney General of Illinois
DAVID F. BUYSSE
Deputy Chief, Public Interest Division
ANNA P. CRANE
Public Interest Counsel
MATTHEW V. CHIMIENTI
Assistant Attorney General, Special Litigation Bureau
*Attorneys for Intervenor-Defendant the*
*State of Illinois*

ANDY BESHEAR
Attorney General of Kentucky
LA TASHA BUCKNER
Executive Director, Office of Civil and
Environmental Law
S. TRAVIS MAYO
TAYLOR PAYNE
Assistant Attorneys General
*Attorneys for Intervenor-Defendant*
*the Commonwealth of Kentucky*

MAURA HEALEY
Attorney General of Massachusetts
STEPHEN P. VOGEL
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*Commonwealth of Massachusetts*

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota
SCOTT IKEDA
Assistant Attorney General
*Attorneys for Intervenor-Defendant the State of*
*Minnesota by and through its Department of*
*Commerce*

GURBIR S. GREWAL
Attorney General of New Jersey
JEREMY M. FEIGENBAUM
Assistant Attorney General
ANGELA JUNEAU BEZER
Deputy Attorney General
*Attorneys for Intervenor-Defendant the*
*State of New Jersey*

BARBARA D. UNDERWOOD
Acting Attorney General of New York
STEVEN C. WU
Deputy Solicitor General
LISA LANDAU
Bureau Chief, Health Care Bureau
ELIZABETH CHESLER
Assistant Attorney General, Health Care Bureau
*Attorneys for Intervenor-Defendant the*
*State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Intervenor-Defendant the*
*State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
SCOTT KAPLAN
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*State of Oregon*

PETER KILMARTIN
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
MARIA R. LENZ
Special Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
*Attorneys for Intervenor-Defendant the*
*State of Vermont*

MARK R. HERRING
Attorney General of Virginia
TOBY J. HEYTENS
Solicitor General
MATTHEW R. MCGUIRE
Deputy Solicitor General
*Attorneys for Intervenor-Defendant the*
*Commonwealth of Virginia*

ROBERT W. FERGUSON
Attorney General of Washington
JEFFREY G. RUPERT
Chief, Complex Litigation Division
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*State of Washington*

KARL A. RACINE
Attorney General for the District of Columbia
ROBYN R. BENDER
Deputy Attorney General
VALERIE M. NANNERY
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*District of Columbia*

SA2018100536
33519760.doc