**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TEXAS, et al.,** | § § § § § § § § § § § § § § § § § § § | |
| **Plaintiffs,** | | |
| **v.** | | |
| **UNITED STATES OF AMERICA, et al.,** | | **Civil Action No. 4:18-cv-00167-O** |
| **Defendants,** | | |
| **CALIFORNIA, et al.,** | | |
| **Intervenor-Defendants.** | | |

<u>**ORDER**</u>

In an August 14, 2018 Order (ECF No. 184), the Court scheduled an oral hearing on Plaintiffs' Application for Preliminary Injunction (ECF No. 39). On August 16, 2018, the Intervenor-Defendants filed an Unopposed Motion to Reschedule Hearing (ECF No. 185). That motion is **GRANTED in part**.

Due to scheduling conflicts, the Court **RESETS** this matter for a hearing on **Wednesday, September 5, 2018, at 9:30 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **19th day** of **August, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**