IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TEXAS, ET AL., Original Plaintiffs;
STEPHEN P. WALLACE, Private Attorney General,
And All US Taxpayers adversely affected,
Additional Plaintiffs,

vs.

UNITED STATES OF AMERICA, ET AL.
Original Defendants;
JOHN S. McCAIN, Individually;
Additional Defendant.

CASE #: 4:18-cv-00167-O
Jury Trial Demanded
Hon. Judge O'Connor

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 3 1 2018
CLERK, U.S. DISTRICT COURT
By ____
Deputy

## WITHDRAWL OF EXTRAORDINARY MOTION TO INTERVENE AS MOOT

Respectfully submitted via USPS Certified Mail this [8/28/18] @
**USPS #: 7016 3560 0000 9302 4653**

R. I. P.

_Stephen P. Wallace_
Stephen P. Wallace, Private Attorney General

Cc: President Trump, et al.

### CERTIFICATE of SERVICE

I certify that I forwarded a Verified Copy to Texas Attorney General Paxton for his circulation to All Attorney General's & to John S. McCain, Deceased _Stephen P. Wallace_

1916 Shuffer Rd. Apt. F
Aurora, IL. 60505

Court Clerk
US Courthouse
501 West 10th Street
Room #310
Fort Worth, TX
76102

7016 3560 0000 9302 4653

CERTIFIED

UNITED STATES POSTAL SERVICE

1000   76102

AUG 28 18
AMOUNT
$3.95
R2304P118605-05

2018 AUG 31 PM 2:06
CLERK OF COURT,

76102S9759 0024