IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., | § |
| Plaintiffs, | § |
| v. | § |
| UNITED STATES OF AMERICA, et al., | §  Civil Action No. 4:18-cv-00167-O |
| Defendants, | § |
| CALIFORNIA, et al., | § |
| Intervenor-Defendants. | § |

**ORDER**

Before the Court is Plaintiffs' Counsel Austin R. Nimocks' Unopposed Motion to Withdraw as Counsel (ECF No. 200), filed September 19, 2018. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Austin R. Nimocks is withdrawn as counsel for Plaintiffs and the Clerk of Court is **DIRECTED** to update the docket sheet consistent with this Order.

**SO ORDERED** on this **20th day** of **September, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE