IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) Civil Action No. 4:18-CV-00167-O <br> ) |
| v. | ) <br> ) |
| UNITED STATES OF AMERICA, et al., | ) <br> ) |
| Defendants, | ) <br> ) |
| and | ) <br> ) |
| CALIFORNIA, et al. | ) <br> ) |
| Intervenors-Defendants. | ) <br> ) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE COUNSEL**

Deputy Attorney General Heidi M. Rian, counsel for Intervenor-Defendant State of Hawai'i, in the above styled and numbered cause, respectfully moves that the Court enter its Order permitting her to withdraw from representation, and to substitute counsel, allowing Deputy Attorney General Andrea A. Suzuki to represent the State of Hawai'i. Deputy Attorney General Heidi M. Rian will be retiring from the Department of the Attorney General, State of Hawai'i, in October of 2018. Deputy Attorney General Andrea A. Suzuki has filed, simultaneous with this motion, a pro hac vice application to this Court.

Respectfully submitted this, the 30th day of October, 2018.

/s/ Heidi M. Rian_____

Heidi M. Rian
Deputy Attorney General, State of Hawai'i

## CERTIFICATE OF CONFERENCE

I hereby certify that we conferred with counsel for both Plaintiffs and Defendant about this motion by email on October 30, 2018 and there was no opposition to the motion

     /s/ Heidi M. Rian_____
Heidi M. Rian
Deputy Attorney General, State of Hawai'i

## CERTIFICATE OF SERVICES

I hereby certify that on October 30, 2018, a true and correct copy of this document was served via the ECF system on all counsel of record.

     /s/ Heidi M. Rian_____
Heidi M. Rian
Deputy Attorney General, State of Hawai'i