IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00167-O |
| UNITED STATES OF AMERICA, et al., | § § § § | |
| Defendants, | § § § | |
| CALIFORNIA, et al., | § § § | |
| Intervenor-Defendants. | § § § | |

**ORDER**

Before the Court is Intervenor-Defendant's Counsel Heidi M. Rian's Unopposed Motion to Withdraw as Counsel and to Substitute Counsel, (ECF No. 203), filed October 30, 2018. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Heidi M. Rian is withdrawn as counsel for Intervenor-Defendant State of Hawai'i, and the Clerk of Court is **DIRECTED** to update the docket sheet consistent with this Order.

**SO ORDERED** on this **5th day** of **November, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE