

JANET T. MILLS
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

November 15, 2018

Karen Mitchell, Clerk
United States District Court for the Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, Texas 76102-3673

RECEIVED
NOV 16 2018
WL 9:42
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re:   *Texas et al. v. United States*
      Case No. 4:18-cv-00167-O

Dear Ms. Mitchell:

I write on behalf of the Attorney General of Maine relating to the participation of Paul R. LePage, Governor of Maine, as a party plaintiff in this case. Paul R. LePage, whose term as Governor ends January 2, 2019, has joined this lawsuit as a party plaintiff and is being represented by the Attorney General of Texas. The caption in this case lists Paul R. LePage, Governor of Maine, as a plaintiff. However, the Governor of Maine does not have the authority to retain counsel other than the Attorney General of Maine to represent the interests of the State of Maine in litigation without the consent of the Attorney General of Maine. 5 M.R.S. sec. 191(3). The Attorney General has not consented to the Attorney General of Texas representing the interests of the State of Maine in this case. To the extent that Paul R. LePage seeks to represent the interests of the State of Maine in this lawsuit, such participation is not authorized by law. Thank you.

Sincerely,

Susan P. Herman
Susan P. Herman
Deputy Attorney General

SPH/bms
cc:  see attached list

November 15, 2018 letter list of ccs:

Darren L. McCarty
Kevin Michael LeRoy
Robert Henneck, Esq.
Jonathan F. Mmitchell, Esq.
Braden Heath Boucek, Esq.
Philip A. Vickers, Esq.
Scott A. Redricks, Esq.
Brett Shumate
Daniel Duane Mauler
Kathleen M. Boergers
Neli Nima Palma
Nimrod Pitsker Elias
Joseph Rubin
Valerie M. Nannery
Robyn Renee Bender
Jessica Willey
David J. Lyons
Andrea Suzuki
David Buysse
Taylor Allen Payne
Stephen B. Vogel
Jeremy Feigenbaum
Elizabeth R. Chesler
Scott Kaplan
Henry Kantor
Maria Lenz
Benjamin Battles
Matthew Robert McGuire
Jeffrey T. Sprung
Scott Ikeda
John mark Brewer
Chad Golder
Dila Mignouna
Teresa A. Reed
Tiffanie S. Clausewitz
Chad Golder
Dila Mignouna
Teresa A. Reed
~~Tiffanie S. Clausewitz~~
Beth Petronio
Brennan Holden Meier
Jayant Kartik Tatachar
Leslie B. Kiernan
Pratik A. Shah
Catherine Emily Stetson
Joshua L. Hedrick
Britton D. McClung
Joseph R. Palmore
Hyland Hunt
Ruthanne Mary Deutsch

November 15, 2018 letter list of ccs:

Kenton J. Hutcherson
Katherine Roberson-Young
Nicole G. Berner
Sacrom Park
Leslie Sara Hyman
Margaret M. Dotzel
William B. Schultz
Matthew S. Hellman
Gabriel K. Gillett
Iris Y. Gonzalez
Maame Gyamfi
Michelle L. Davis
Boris Bershteyn
Micah Festa Fergenson
Carey Brian Meadors
Chad Golder
Dila Mignouna
Teresa A. Reed
Tiffanie S. Clausewitz



