UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Texas**, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>**United States of America**, et al.,<br><br>          Defendants,<br><br>v.<br><br>**California**, et al.,<br><br>          Intervenor-Defendants. | Case No. 4:18-cv-167-O |

### UNOPPOSED MOTION TO WITHDRAW APPEARANCE

Attorney Jonathan F. Mitchell respectfully moves to withdraw his appearance on behalf of plaintiffs Neill Hurley and John Nantz. Mr. Hurley and Mr. Nantz will continue to be represented by Robert Henneke, who has already noticed his appearance in the case. The other parties have no objection to this motion.

                              Respectfully submitted.

                               /s/ Jonathan F. Mitchell
                              JONATHAN F. MITCHELL
                              Texas Bar No. 24075463
                              Mitchell Law PLLC
                              106 East Sixth Street, Suite 900
                              Austin, Texas 78701
                              (512) 686-3940 (phone)
                              (512) 686-3941 (fax)
                              jonathan@mitchell.law

                              *Counsel for Plaintiffs*
                              *Neill Hurley and John Nantz*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2018, I served this document through CM/ECF on all counsel of record for the parties in this case.

      /s/ Jonathan F. Mitchell
      JONATHAN F. MITCHELL
      *Counsel for Plaintiffs*
      *Neill Hurley and John Nantz*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the plaintiffs and counsel for the defendants, and they have no objection to this motion.

      /s/ Jonathan F. Mitchell
      JONATHAN F. MITCHELL
      *Counsel for Plaintiffs*
      *Neill Hurley and John Nantz*