IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00167-O |
| UNITED STATES OF AMERICA, et al., | § § § § | |
| Defendants, | § § | |
| CALIFORNIA, et al., | § § § | |
| Intervenor-Defendants. | § § | |

**ORDER**

Before the Court is Individual Plaintiffs' Counsel Jonathan F. Mitchell's Unopposed Motion to Withdraw as Counsel, (ECF No. 209), filed December 8, 2018. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Jonathan F. Mitchell is withdrawn as counsel for Plaintiffs Neill Hurley and John Nantz, and the Clerk of Court is **DIRECTED** to update the docket sheet consistent with this Order.

**SO ORDERED** on this **11th day** of **December, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE