IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., | § |
| Plaintiffs, | § |
| v. | § |
| UNITED STATES OF AMERICA, et al., | § Civil Action No. 4:18-cv-00167-O |
| Defendants, | § |
| CALIFORNIA, et al. | § |
| Intervenors-Defendants. | § |

## ORDER TO PROPOSE SCHEDULE

The Court issued its order granting partial summary judgment on Count I of Plaintiffs' Amended Complaint. Accordingly, the Court **ORDERS** the parties to meet and confer **by December 21, 2018** and to then jointly submit to the Court **by January 4, 2019** a proposed schedule for resolving Plaintiffs' remaining claims in the Amended Complaint.

**SO ORDERED** on this **16th day** of **December, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE