**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| TEXAS, WISCONSIN, ALABAMA, ARKANSAS, ARIZONA, FLORIDA, GEORGIA, INDIANA, KANSAS, LOUISIANA, PAUL LePAGE, Governor of Maine, Governor Phil Bryant of the State of MISSISSIPPI, MISSOURI, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, UTAH, WEST VIRGINIA, NEILL HURLEY, and JOHN NANTZ,<br><br>                                         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX AZAR, in his Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, UNITED STATES INTERNAL REVENUE SERVICE, and DAVID J. KAUTTER, in his Official Capacity as Acting COMMISSIONER OF INTERNAL REVENUE,<br><br>                                         Defendants. | Civil Action No. 4:18-cv-00167-O |
| CALIFORNIA, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAII, ILLINOIS, KENTUCKY, MASSACHUSETTS, MINNESOTA by and through its Department of Commerce, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, VIRGINIA, and WASHINGTON,<br><br>                                         Intervenor-Defendants. | |

**INTERVENOR-DEFENDANTS' (1) MOTION FOR EXPEDITED**

**CONSIDERATION, (2) CLARIFICATION OR STAY, AND (3)**

**ENTRY OF PARTIAL FINAL JUDGMENT UNDER RULE 54(b) OR**

**CERTIFICATION UNDER 28 U.S.C. § 1292(b)**

The Intervenor-Defendants the States of California, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Massachusetts, Minnesota, New Jersey, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, and Washington, and the District of Columbia respectfully move this Court for:

(1) Expedited consideration of this Motion because the Defendant States and the public will be irreparably injured absent an immediate clarification or stay.

(2) An order clarifying that the December 14, 2018 Order (ECF No. 211) does not relieve the parties to this litigation—or any other State, entity, or individual—of their rights and obligations under the Patient Protection and Affordable Care Act (ACA) until appellate review is complete; or, in the alternative, an order staying the effect of the December 14, 2018 Order (ECF No. 211) pending appeal; and

(3) An order directing the entry of a partial final judgment under Federal Rule of Civil Procedure 54(b), in accordance with the terms of the Court's December 14, 2018 Order, or, in the alternative, an order certifying the Court's December 14, 2018 Order (ECF No. 211) for interlocutory appeal under 28 U.S.C. § 1292(b).

The Defendant States specifically request that the Court expedite consideration of the Motion and issue a ruling by December 21, 2018, in order to avoid extraordinary disruption prior to January 1, 2019, the date upon which this Court has held the entirety of the Patient Protection and Affordable Care Act becomes unconstitutional. Moreover, it is in the interest of the parties and the nation to efficiently and expeditiously achieve appellate resolution of the important legal questions presented in this case.

In support of this motion, the Defendant States rely on their accompanying Brief. A proposed order is attached.

/ / /

/ / /

/ / /

Dated: December 17, 2018              Respectfully submitted,

                                        Xavier Becerra
                                        Attorney General of California
                                        Julie Weng-Gutierrez
                                        Senior Assistant Attorney General
                                        Kathleen Boergers
                                        Supervising Deputy Attorney General

                                        **/s/ Neli N. Palma**

                                        Neli N. Palma
                                        Nimrod P. Elias
                                        Deputy Attorneys General
                                        California State Bar No. 203374
                                        California State Bar No. 251634
                                        1300 I Street, Suite 125
                                        P.O. Box 944255
                                        Sacramento, CA  94244-2550
                                        Telephone: (916) 210-7522
                                        Fax: (916) 322-8288
                                        E-mail: Neli.Palma@doj.ca.gov
*Attorneys for Intervenors-Defendants*

GEORGE JEPSEN
Attorney General of Connecticut
JOSEPH RUBIN
Associate Attorney General
*Attorneys for Intervenor-Defendant the State of Connecticut*

MATTHEW P. DENN
Attorney General of Delaware
ILONA KIRSHON
Deputy State Solicitor
JESSICA M. WILLEY
DAVID J. LYONS
Deputy Attorneys General
*Attorneys for Intervenor-Defendant the State of Delaware*

RUSSELL A. SUZUKI
Attorney General of Hawaii
ANDREA A. SUZUKI
Deputy Attorney General
ROBERT T. NAKATSUJI
Deputy Solicitor General
*Attorneys for Intervenor-Defendant the State of Hawaii*

LISA MADIGAN
Attorney General of Illinois
David F. Buysse
Deputy Chief, Public Interest Division
Anna P. Crane
Public Interest Counsel
Matthew V. Chimienti
Assistant Attorney General, Special Litigation Bureau
*Attorneys for Intervenor-Defendant the State of Illinois*

ANDY BESHEAR
Attorney General of Kentucky
LA TASHA BUCKNER
Executive Director, Office of Civil and Environmental Law
S. TRAVIS MAYO
TAYLOR PAYNE
Assistant Attorneys General
*Attorneys for Intervenor-Defendant the Commonwealth of Kentucky*

MAURA HEALEY
Attorney General of Massachusetts
STEPHEN P. VOGEL
Assistant Attorney General
*Attorneys for Intervenor-Defendant the Commonwealth of Massachusetts*

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota
SCOTT IKEDA
Assistant Attorney General
*Attorneys for Intervenor-Defendant the State of Minnesota by and through its Department of Commerce*

GURBIR S. GREWAL
Attorney General of New Jersey
JEREMY M. FEIGENBAUM
Assistant Attorney General
ANGELA JUNEAU BEZER
Deputy Attorney General
*Attorneys for Intervenor-Defendant the State of New Jersey*

BARBARA D. UNDERWOOD
Acting Attorney General of New York
STEVEN C. WU
Deputy Solicitor General
LISA LANDAU
Bureau Chief, Health Care Bureau
ELIZABETH CHESLER
Assistant Attorney General, Health Care Bureau
*Attorneys for Intervenor-Defendant the
State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Intervenor-Defendant the
State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
SCOTT KAPLAN
Assistant Attorney General
*Attorneys for Intervenor-Defendant the
State of Oregon*

PETER KILMARTIN
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
MARIA R. LENZ
Special Assistant Attorney General
*Attorneys for Intervenor-Defendant the
State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
*Attorneys for Intervenor-Defendant the
State of Vermont*

MARK R. HERRING
Attorney General of Virginia
TOBY J. HEYTENS
Solicitor General
MATTHEW R. MCGUIRE
Deputy Solicitor General
*Attorneys for Intervenor-Defendant the
Commonwealth of Virginia*

ROBERT W. FERGUSON
Attorney General of Washington
JEFFREY G. RUPERT
Chief, Complex Litigation Division
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*State of Washington*

KARL A. RACINE
Attorney General for the District of Columbia
ROBYN R. BENDER
Deputy Attorney General
VALERIE M. NANNERY
Assistant Attorney General
*Attorneys for Intervenor-Defendant the*
*District of Columbia*

## CERTIFICATE OF CONFERENCE

Counsel for movants conferred by telephone call on December 17, 2018, with counsel to Federal Defendants and counsel to Plaintiffs regarding the relief sought in this motion. The parties represented that they are still assessing the Court's Order and cannot yet take a position on the relief that is being requested.

/s/   *Neli N. Palma*

## CERTIFICATE OF SERVICE

On December 17, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/   *Ashley Harrison*