IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants.<br><br>and<br><br>CALIFORNIA, et al.<br><br>　　　　Intervenors-Defendants. | Civil Action No. 4:18-CV-00167-O |

### MOTION TO WITHDRAW AS COUNSEL FOR STATE OF WISCONSIN

Plaintiff State of Wisconsin hereby notifies this Court that Misha Tseytlin will no longer be the Solicitor General of Wisconsin and Kevin M. LeRoy will no longer be a Deputy Solicitor General of Wisconsin as of January 1, 2019. For this reason, the State of Wisconsin respectfully moves for the withdrawal of Mr. Tseytlin and Mr. LeRoy as counsel for the State of Wisconsin. The State of Wisconsin will continue to be represented by other counsel of record from the Office of the Texas Attorney General.

Respectfully submitted,

s/ Misha Tseytlin
MISHA TSEYTLIN
Wisconsin Solicitor General
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857
(608) 267-9323
Fax (608) 261-7206
*tseytlinm@doj.state.wi.us*
(admitted *pro hac vice*)

s/ Kevin M. LeRoy
KEVIN M. LEROY
Wisconsin Deputy Solicitor General
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857
(608) 267-2221
Fax (608) 261-7206
*leroykm@doj.state.wi.us*
(admitted *pro hac vice*)

Dated: December 28, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: December 28, 2018

s/ Kevin M. LeRoy
KEVIN M. LEROY

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the State of Wisconsin conferred with Plaintiffs' counsel on December 28, 2018 about this motion by phone and Plaintiffs' counsel does not oppose the motion.

I further certify that counsel for the State of Wisconsin attempted to contact counsel for the United States on December 28, 2018 to confer on this motion but was unsuccessful.

> Dated: December 28, 2018
>
> s/ Kevin M. LeRoy
> KEVIN M. LEROY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants.<br><br>and<br><br>CALIFORNIA, et al.<br><br>     Intervenors-Defendants. | Civil Action No. 4:18-CV-00167-O |

## [PROPOSED] ORDER PERMITTING WITHDRAW OF COUNSEL

THIS MATTER came to be heard on the motion of Misha Tseytlin and Kevin M. LeRoy, counsel for the State of Wisconsin in the above styled and numbered cause, to permit them to withdraw from representation in this matter because they will be leaving the Office of the Attorney General of Wisconsin in January 2019. After considering the matter, the motion is GRANTED. It is, therefore,

ORDERED AND ADJUDGED that Mr. Tseytlin and Mr. LeRoy are withdrawn as counsel for the State of Wisconsin. The State of Wisconsin will continue to be represented by other counsel of record who previously entered their appearances in this matter.

SO ORDERED on this ___ day of _____, 201__.

_____
THE HONORABLE REED O'CONNOR
UNITED STATES DISTRICT JUDGE