IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., | § |
| Plaintiffs, | § |
| v. | § |
| UNITED STATES OF AMERICA, et al., | §  Civil Action No. 4:18-cv-00167-O |
| Defendants, | § |
| CALIFORNIA, et al. | § |
| Intervenors-Defendants. | § |

## FINAL JUDGMENT ON COUNT I

The Court issued its order granting partial summary judgment on Count I of Plaintiffs' Amended Complaint, and has determined that it should be severed from the remaining claims. December 14, 2018 Order, ECF No. 211. In accordance with Federal Rule of Civil Procedure 54(b), the Court therefore **DECLARES** that 26 U.S.C. § 5000A(a) is **UNCONSTITUTIONAL** and **INSEVERABLE** from the remainder of the Patient Protection and Affordable Care Act, Pub. L. 111-148, 124 Stat. 119-1045 (2010).

**SO ORDERED** on this **30th day** of **December, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE