IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | |
| UNITED STATES OF AMERICA, et al., | § § | Civil Action No. 4:18-cv-00167-O |
| Defendants, | § § § | |
| CALIFORNIA, et al. | § § § | |
| Intervenors-Defendants. | § | |

## STAY ORDER AND ADMINISTRATIVE CLOSURE

The Court has entered a partial judgment on Count I in this case (ECF No. 221). The Court determines the remainder of this case should be **STAYED** pending further orders. The Clerk is therefore **instructed to submit a JS-6 form** to the Administrative Office, removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of the remaining clams. The parties are directed to notify the Court upon the conclusion of the appeal of the partial judgment within 14 days of any decision. Should further proceedings in the meantime become necessary or desirable, any party may initiate it by filing an appropriate pleading.

**SO ORDERED** on this 31st day of December, 2018**.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**