**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| TEXAS, WISCONSIN, ALABAMA, ARKANSAS, ARIZONA, FLORIDA, GEORGIA, INDIANA, KANSAS, LOUISIANA, PAUL LePAGE, Governor of Maine, Governor Phil Bryant of the State of MISSISSIPPI, MISSOURI, NEBRASKA, NORTH DAKOTA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, UTAH, WEST VIRGINIA, NEILL HURLEY, and JOHN NANTZ,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX AZAR, in his Official Capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, UNITED STATES INTERNAL REVENUE SERVICE, and CHARLES P. RETTIG, COMMISSIONER OF INTERNAL REVENUE SERVICE,<br><br>          Defendants.<br><br>CALIFORNIA, CONNECTICUT, DISTRICT OF COLUMBIA, DELAWARE, HAWAII, ILLINOIS, KENTUCKY, MASSACHUSETTS, MINNESOTA by and through its Department of Commerce, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, VIRGINIA, and WASHINGTON,<br><br>          Intervenor-Defendants. | Civil Action No. 4:18-cv-00167-O |

**INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

1

PLEASE TAKE NOTICE that the Intervenor-Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 30, 2018 Order, ECF No. 221, entering a Final Judgment on Count I of Plaintiff's Amended Complaint. Previously and on December 14, 2018, the Court entered an Order granting partial summary judgment on Count I of the Amended Complaint. ECF No. 211. On December 30, 2018, the Court granted the Intervenor-Defendants' request for entry of partial final judgment on Count I of the Amended Complaint, and also granted the Intervenor Defendants' request for a stay of that judgment. ECF No. 220. Accordingly, and pursuant to Federal Rule of Civil Procedure 54(b), the Court entered partial final judgment on Count I of the Amended Complaint, ECF No. 221. The Intervenor-Defendants hereby appeal from the partial final judgment entered by the Court, ECF No. 221, as well as the orders underlying that partial final judgment, including but not limited to the order granting partial summary judgment (ECF No. 211).

Dated: January 3, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

**/s/ Neli N. Palma**

NELI N. PALMA
NIMROD P. ELIAS
Deputy Attorneys General
California State Bar No. 203374
California State Bar No. 251634
1300 I Street, Suite 125
Sacramento, CA 94244-2550
Telephone: (916) 210-7522
Fax: (916) 322-8288
E-mail: Neli.Palma@doj.ca.gov
*Attorneys for Intervenor-Defendants*

GEORGE JEPSEN
Attorney General of Connecticut
JOSEPH RUBIN
Associate Attorney General
*Attorneys for Intervenor-Defendant the State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
ILONA KIRSHON
Deputy State Solicitor
JESSICA M. WILLEY
DAVID J. LYONS
Deputy Attorneys General
*Attorneys for Intervenor-Defendant the State of Delaware*

RUSSELL A. SUZUKI
Attorney General of Hawaii
ANDREA A. SUZUKI
Deputy Attorney General
ROBERT T. NAKATSUJI
Deputy Solicitor General
*Attorneys for Intervenor-Defendant the State of Hawaii*

LISA MADIGAN
Attorney General of Illinois
DAVID F. BUYSSE
Deputy Chief, Public Interest Division
ANNA P. CRANE
Public Interest Counsel
MATTHEW V. CHIMIENTI
Assistant Attorney General, Special Litigation Bureau
*Attorneys for Intervenor-Defendant the State of Illinois*

ANDY BESHEAR
Attorney General of Kentucky
LA TASHA BUCKNER
Assistant Deputy Attorney General
S. TRAVIS MAYO
Executive Director, Office of Civil and Environmental Law
TAYLOR PAYNE
Assistant Attorney General
*Attorneys for Intervenor-Defendant the Commonwealth of Kentucky*

MAURA HEALEY
Attorney General of Massachusetts
STEPHEN B. VOGEL
Assistant Attorney General
*Attorneys for Intervenor-Defendant the Commonwealth of Massachusetts*

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota
SCOTT IKEDA
Assistant Attorney General
*Attorneys for Intervenor-Defendant the State of Minnesota by and through its Department of Commerce*
GURBIR S. GREWAL
Attorney General of New Jersey
JEREMY M. FEIGENBAUM
Assistant Attorney General
ANGELA JUNEAU BEZER
Deputy Attorney General
*Attorneys for Intervenor-Defendant the State of New Jersey*

LETITIA JAMES
Attorney General of New York
BARBARA D. UNDERWOOD
Solicitor General
STEVEN C. WU
Deputy Solicitor General
LISA LANDAU
Bureau Chief, Health Care Bureau
ELIZABETH CHESLER
Assistant Attorney General, Health Care Bureau
*Attorneys for Intervenor-Defendant the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Intervenor-Defendant the State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
SCOTT KAPLAN
Assistant Attorney General
*Attorneys for Intervenor-Defendant the State of Oregon*

PETER F. NERONHA  
Attorney General of Rhode Island  
MICHAEL W. FIELD  
Assistant Attorney General  
MARIA R. LENZ  
Assistant Attorney General  
*Attorneys for Intervenor-Defendant the State of Rhode Island*

THOMAS J. DONOVAN, JR.  
Attorney General of Vermont  
BENJAMIN D. BATTLES  
Solicitor General  
*Attorneys for Intervenor-Defendant the State of Vermont*

MARK R. HERRING  
Attorney General of Virginia  
TOBY J. HEYTENS  
Solicitor General  
MATTHEW R. MCGUIRE  
Deputy Solicitor General  
*Attorneys for Intervenor-Defendant the Commonwealth of Virginia*

ROBERT W. FERGUSON  
Attorney General of Washington  
JEFFREY G. RUPERT  
Chief, Complex Litigation Division  
JEFFREY T. SPRUNG  
Assistant Attorney General  
*Attorneys for Intervenor-Defendant the State of Washington*

KARL A. RACINE  
Attorney General for the District of Columbia  
ROBYN R. BENDER  
Deputy Attorney General  
VALERIE M. NANNERY  
Assistant Attorney General  
*Attorneys for Intervenor-Defendant the District of Columbia*

**CERTIFICATE OF SERVICE**

On January 3, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/    *Ashley Harrison*