IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, *et al.*, <br><br>           Plaintiffs, <br><br>     v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br>           Defendants, <br><br> CALIFORNIA, *et al.*, <br><br>           Intervenors-Defendants. | Civil Action No. 4:18-cv-00167-O |

**NOTICE OF APPEARANCE OF COUNSEL**

Donald B. Verrilli, Jr. of the law firm Munger, Tolles & Olson LLP, is authorized to practice in this court by 2 U.S.C. § 5571(a) and hereby enters an appearance as counsel in this matter for Proposed Intervenor-Defendant the United States House of Representatives. Counsel consents to electronic delivery of all documents served in this action.

Dated: January 3, 2019

Respectfully submitted,

*s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
MUNGER, TOLLES & OLSON LLP
1155 F. Street N.W., 7th Floor
Washington, D.C. 20004-1361
Tel: (202) 220-1100
Fax: (202) 220-2300
Donald.Verrilli@mto.com

*Counsel for the U.S. House of Representatives*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: January 3, 2019

Respectfully submitted,

*s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
*Counsel for the U.S. House of Representatives*