UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Texas, et al. §
        *Plaintiff* §
 §
 §
v.     §   Case No. 18-cv-00167-O
 §
 §
United States of America, et al. §
        *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wisconsin Department of Justice_____, with offices at

17 W. Main St., P.O. Box 7857_____
(Street Address)

Madison                           WI                   53707-7857
(City)                               (State)                (Zip Code)

608-266-1792                        608-267-2223
(Telephone No.)                    (Fax No.)

II.     Applicant will sign all filings with the name Steven C. Kilpatrick_____.

III.     Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

State of Wisconsin

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Wisconsin_____, where Applicant regularly practices law.

Bar license number: _1025452_    Admission date: _December 23, 1999_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Connecticut | November 5, 1999 | Inactive |
| Minnesota | December 12, 2008 | Inactive |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

Minnesota - involuntarily restricted from practicing until CLE compliant

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

March ___, 2019       16-cv-00108-O, Franciscan Alliance, Inc., et al. v. Azar, et al.

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

_____, who has offices at

(Street Address)

(City)       (State)       (Zip Code)

(Telephone No.)       (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 15th day of March, 2019.

                                              Steven C. Kilpatrick
                                              Printed Name of Applicant

                                              Signature

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

The Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### STEVEN C. KILPATRICK

was admitted to practice as an attorney within this state on December 23, 1999 and is presently in good standing in this court.

Dated: March 11, 2019

*[signature]*
Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing