IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

TEXAS, et al.

    Plaintiffs,

v.                                      Case No. 18-CV-00167-O

UNITED STATES OF AMERICA, et al.

    Defendants.

## STATE OF WISCONSIN'S MOTION TO DISMISS
## THE STATE OF WISCONSIN

Plaintiff State of Wisconsin respectfully asks this Court for an order dismissing it from this case. Plaintiff State of Wisconsin has no interest in pursuing its claims.

Dated this 21st day of March, 2019.

                                     Respectfully submitted,

                                     JOSHUA L. KAUL
                                     Attorney General of Wisconsin

                                     Electronically signed by:

                                     s/ Steven C. Kilpatrick
                                     STEVEN C. KILPATRICK
                                     Assistant Attorney General

                                     Counsel for Plaintiff State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us

## CERTIFICATE OF SERVICE

      I certify this *State of Wisconsin's Motion to Dismiss the State of Wisconsin* was served this 21st day of March, 2019, on all counsel of record for all parties via the Court's CM/ECF filing system.

                                        <u>s/ Steven C. Kilpatrick</u>
                                        STEVEN C. KILPATRICK