# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| UNITED STATES OF AMERICA, et al., § | Civil Action No. 4:18-cv-00167-O |
| § | |
| Defendants, § | |
| § | |
| § | |
| CALIFORNIA, et al. § | |
| § | |
| Intervenors-Defendants. § | |

## ORDER

Before the Court are Plaintiff State of Wisconsin's Motion to Dismiss the State of Wisconsin, ECF No. 242, filed March 21, 2019, and Unopposed Motion to Dismiss the State of Wisconsin, ECF No. 244, filed March 28, 2019. Having considered both motions, the Court finds the Unopposed Motion to Dismiss the State of Wisconsin, ECF No. 244, should be and is hereby **GRANTED** and the Motion to Dismiss the State of Wisconsin, ECF No. 242, should be and is hereby **DENIED as moot**.

Plaintiff State of Wisconsin is dismissed from this case and the Clerk of Court is **DIRECTED** to update the docket sheet consistent with this Order.

**SO ORDERED** on this **2nd day** of **April, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE