CTJ
Case: 19-10011   Document: 00515242995   Page: 1   Date Filed: 12/19/2019
Case 4:18-cv-00167-O   Document 267   Filed 12/19/19   Page 1 of 2   PageID 3093

RECEIVED
By TamaraEllis at 11:23 am, Dec 19, 2019

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 19, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-10011   State of Texas, et al v. USA, et al  
                 USDC No. 4:18-CV-167-O

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Roeshawn Johnson, Deputy Clerk  
                          504-310-7998

Ms. Munera Al-Fuhaid  
Mr. Ryan Wolfe Allison  
Ms. Ginger Anders  
Mr. Peter J. Anthony  
Mr. A. Xavier Baker  
Mr. Benjamin Battles  
Mr. Matthew Joseph Berns  
Mr. Jack R. Bierig  
Mr. Nathanael Blake  
Mr. Kenneth Lee Blalack II  
Ms. Kathleen Boergers  
Mr. Wade Carr  
Mr. Z.W. Julius Chen  
Mr. Lawrence Crawford  
Mr. Stuart F. Delery  
Ms. Bridget DiBattista  
Mr. Nicholas M. DiCarlo  
Ms. Margaret Dotzel  
Mr. John Allen Eidsmoe  
Mr. Nimrod Elias  
Mr. August E. Flentje  
Mr. Benjamin Michael Flowers  
Mr. Brian Rene Frazelle  
Mr. Matthew Hamilton Frederick  
Ms. Elaine Goldenberg  
Ms. Brianne Gorod  
Ms. Maame Gyamfi  
Mr. David J. Hacker  
Ms. Caitlin Joan Halligan  
Mrs. Fadwa A. Hammoud

Mr. Brooks M. Hanner
Mr. Kyle Douglas Hawkins
Mr. Joshua L. Hedrick
Mr. Matthew S. Hellman
Mr. Robert E. Henneke
Ms. Hyland Hunt
Mr. Scott H. Ikeda
Mr. Paige Jennings
Ms. Michelle Shane Kallen
Mr. John T. Kitchens
Mr. Jeremy Kreisberg
Ms. Maria Rose Lenz
Mr. Douglas Neal Letter
Mr. Sean Michael Marotta
Ms. Catherine M. Masters
Mr. Darren Lee McCarty
Mr. Matthew Robert McGuire
Mr. Raffi Melkonian
Mr. Jonathan Meltzer
Ms. Rachel Miller-Ziegler
Ms. Karen S. Mitchell
Mr. Robert Tadao Nakatsuji
Mr. Eric Olson
Mr. William Jeffrey Olson
Ms. Neli N. Palma
Mr. Joseph R. Palmore
Ms. Beth Bivans Petronio
Ms. Lanora Christine Pettit
Mr. Ashwin Pradyumna Phatak
Mr. Joseph Rubin
Mr. Richard Salgado
Mr. Jaime Santos
Mr. Andrew Layton Schlafly
Mr. William B. Schultz
Mr. Jay A. Sekulow
Mr. Pratik A. Shah
Ms. Kristin Ann Shapiro
Mr. Samuel Siegel
Ms. Benna Ruth Solomon
Ms. Marie Soueid
Mr. Jeffrey T. Sprung
Mrs. Heidi Parry Stern
Mr. Todd Barry Tatelman
Mr. Martin Vincent Totaro
Ms. Jessica Elaine Underwood
Ms. Lorraine Alofa Van Kirk
Ms. Caroline Van Zile
Mr. Donald B. Verrilli Jr.
Mr. Stephen B. Vogel
Ms. Jessica Willey
Mr. Daniel W. Wolff
Ms. Elizabeth Bonnie Wydra
Mr. David Meir Zionts