UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS, et al., | § | |
| Plaintiffs, | § | |
| v. | § | |
| UNITED STATES OF AMERICA et al., | § | Civil Action No. 4:18-CV-00167-O |
| Defendants, | § | |
| CALIFORNIA, et al., | § | |
| Intervenors—Defendants. | § | |

## ORDER

Pursuant to the remand order from the Fifth Circuit that was entered July 22, 2021, this case is dismissed.

**SO ORDERED** on this **27th day** of **July, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE